# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| LEON DEWAYNE WILKINS | Case No. | 2:04cr125-WHA |
|---|---|---|
| | USM No. | 11518-002 |

Don Bethel
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1 of the petition      of the term of supervision.

☐ was found in violation of condition(s)          after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 1/14/2013 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)        and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   3775 | 6/13/2013 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1956 | |
| | /s/ W. Harold Albritton |
| City and State of Defendant's Residence: | Signature of Judge |
| Brundidge, AL | |
| | W. Harold Albritton, Senior U. S. District Judge |
| | Name and Title of Judge |
| | 6/13/2013 |
| | Date |

DEFENDANT:        LEON DEWAYNE WILKINS
CASE NUMBER:    2:04cr125-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
10 months, WITH NO TERM OF SUPERVISION TO FOLLOW.
It is ORDERED that the term of supervised release imposed on April 12, 2005, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 10 months.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____    ☐ a.m.    ☐ p.m.    on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____    to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL